# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2054
_____

THELMA S. WASHINGTON,

Appellant,

v.

FLOWERS LAW LLC, FRED H.
FLOWERS, Esquire, and ALFRED
WASHINGTON

Appellees.

_____

On appeal from the Circuit Court for Leon County.
Karen Gievers, Judge.

August 16, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, MAKAR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Thelma S. Washington, pro se, Appellant.

Fred H. Flowers of Flowers Law LLC, Tallahassee, for Appellees.